IN THE DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| METROPOLITAN WASHINGTON ) | |
| AIRPORTS AUTHORITY, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-00981-LO-JFA |
| ) | |
| DENNIS L. MARTIRE and ) | |
| CAREN MERRICK, ) | |
| ) | |
| *Respondents*, ) | |
| ) | |
| and ) | |
| ) | |
| COMMONWEALTH OF VIRGINIA, ) | |
| ) | |
| *Intervenor-Respondent*. ) | |

**STIPULATED WITHDRAWAL OF MOTION TO QUASH AND
DISMISSAL OF REMOVED SUBPOENA PROCEEDING**

Dennis L. Martire (the individual who issued the subpoenas in dispute in this proceeding) and the Honorable Frank R. Wolf, U.S. Representative for the 10th congressional district of Virginia, and Daniel F. Scandling, Chief of Staff for Congressman Wolf (the subpoena recipients), through counsel, do hereby stipulate and agree that, given that (1) the underlying action has been resolved and the parties thereto will request dismissal of that action and (2) Mr. Martire has withdrawn the subpoenas in dispute, the motion to quash of Congressman Wolf and Mr. Scandling is hereby withdrawn and this subpoena proceeding is dismissed without prejudice.

*Amy R. Davis/WBPJ, with permission*
Amy R. Davis (Va. Bar 72872)
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: 202-434-5000
Fax: 202-434-5029
adavis@wc.com

*Counsel for Dennis L. Martire*

William Pittard[1]
Office of General Counsel,
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC 20515
Tel: 202-225-9700
Fax: 202-226-1360
william.pittard@mail.house.gov

*Counsel for Congressman Frank R. Wolf and Daniel F. Scandling*

September 19, 2012

SO ORDERED:
Sept 20, 2012
/s/ _____
Liam O'Grady
United States District Judge

---

[1] Attorneys in the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States . . . without compliance with any requirement for admission to practice before such court . . . ." 2 U.S.C. § 130f(a).

## CERTIFICATE OF SERVICE

I certify that on September 19, 2012, I served one copy of the foregoing Stipulated Withdrawal of Motion to Quash and Dismissal of Removed Subpoena Proceeding by CM/ECF, and by electronic mail (.pdf format), on the following:

William B. Porter, Esq.
Blankenship & Keith P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
wporter@bklawva.com
*Counsel for Respondent Dennis L. Martire*

Kevin M. Hodges, Esq.
J. Andrew Keyes, Esq.
Catherine S. Duval, Esq.
Amy R. Davis, Esq.
Williams & Connolly LLP
725 Twelfth Street, Northwest
Washington, District of Columbia 20005
khodges@wc.com
akeyes@wc.com
cduval@wc.com
adavis@wc.com
*Counsel for Respondent Dennis L. Martire*

Phillip G. Sunderland, Esq.
Metropolitan Washington Airports Authority
1 Aviation Circle
Washington, District of Columbia 20001
phil.sunderland@mwaa.com
*Counsel for Petitioner Metropolitan Washington Airports Authority*

Stuart A. Raphael, Esq.
Hunton & Williams, LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
sraphael@hunton.com
*Counsel for Petitioner Metropolitan Washington Airports Authority*

Bradfute W. Davenport, Jr., Esq.
Troutman Sanders LLP
1001 Hazall Point
Post Office Box 1122
Richmond, Virginia 23219
brad.davenport@troutmansaders.com
*Counsel for Respondent Caren Merrick*

Mary C. Zinser, Esq.
S. Mohsin Reza, Esq.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
mary.zinsner@troutmansanders.com
mohsin.reza@troutmansanders.com
*Counsel for Respondent Caren Merrick*

Wesley G. Russell, Jr., Deputy Attorney General
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
wrussell@oag.state.va.us
*Counsel for Intervenor-Respondent Commonwealth of Virginia*

Timothy Sullivan, Esq.
C. Jonathan Benner, Esq.
Orisia K. Gammell, Esq.
Thompson Coburn LLP
1909 K Street, Northwest, Suite 600
Washington, District of Columbia 20006
tsullivan@thompsoncoburn.com
jbenner@thompsoncoburn.com
ogammell@thompsoncoburn.com
*Counsel for Intervenor-Respondent Commonwealth of Virginia*

/s/ *William Pittard*
William Pittard, Dep'y General Counsel[*]

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, District of Columbia 20515
Telephone: (202) 225-9700
Facsimile: (202) 226-1360
william.pittard@mail.house.gov

*Counsel for Congressman Frank R. Wolf
and Daniel F. Scandling*

---

[*] Attorneys in the Office of the General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States . . . without compliance with any requirement for admission to practice before such court . . . ." 2 U.S.C. § 130f(a).